## xIN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARC JACQUES,     :
 Petitioner,     :
         :  **No. 1:19-cv-1454**
v.         :
         :  **(Judge Rambo)**
WARDEN USP LEWISBURG,  :
 Respondent     :

## ORDER

**AND NOW**, this 11th day of February 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.


        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge